# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19CR2048-JAH |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| RANFERI LOPEZ-CARDENAS, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HERBY ORDERED that the Information in Criminal Case No. 19CR2048-JAH against defendant RANFERI LOPEZ-CARDENAS is DISMISSED without prejudice;

IT IS SO ORDERED.

DATED: July 17, 2019

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE